**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**DESHAWN COCROFT, #9528**                                                                 **PLAINTIFF**

**VERSUS**                                            **CIVIL ACTION NO.   3:06-cv-347-HTW-LRA**

**ELENOR FAYE PETERSON and
STATE OF MISSISSIPPI**                                                                 **DEFENDANTS**

<u>ORDER</u>

The Plaintiff filed this *pro se* complaint pursuant to 42 U.S.C. § 1983.  The named

defendants are Elenor Faye Peterson, District Attorney for Hinds County, Mississippi;  and the

State of Mississippi.

In order to maintain an action pursuant to § 1983, the Plaintiff must allege that a person

acting under color of state law deprived him of a right secured by the Constitution or other law of

the United States.  *West v. Atkins*, 487 U.S. 42, 48 (1988); *Daniel v. Ferguson*, 839 F.2d 1124

(5th Cir. 1988). The United States Supreme Court stated that a state is not a "person" within the

meaning of § 1983.  *Will v. Michigan Dep't of State Police*, 491 U.S. 58 (1989); *see also, Ruiz v.

Price*, 2003 WL 22975509 (5th Cir. 2003). Accordingly, it is hereby,

ORDERED that the State of Mississippi is dismissed as a defendant in this case.

THIS the 4th day of September, 2007.


s/ HENRY T. WINGATE
 CHIEF UNITED STATES DISTRICT JUDGE