IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DESHAWN COCROFT, # 9528                                              PLAINTIFF

vs.                                         Civil Action No. 3:06-cv-347 HTW-LRA

ELEANOR FAYE PETERSON                                                DEFENDANT

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that the motion for summary judgment [39] filed by the defendant is granted, plaintiff's complaint and amended complaint are dismissed with prejudice, and final judgment is entered in favor of defendant Eleanor Faye Peterson. The above-styled and numbered cause is dismissed with prejudice.

**SO ORDERED, THIS THE 3rd DAY OF MARCH, 2009.**

　　　　　　　　　　　　　　　　s/ HENRY T. WINGATE
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE